# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES**<br><br>    Petitioner,<br><br>v.<br><br>**MICHAEL ARIZECHI, as custodian of records for Mikarchi, LLC,**<br><br>    Respondent. | 06-529 (WJM)<br><br><br><br>ORDER<br><br>HON. WILLIAM J. MARTINI |

This matter comes before the Court on Respondent Michael Arizechi's appeal of Magistrate Judge Hedges's Letter Order, dated March 27, 2006, granting Petitioner United States's petition to enforce two Internal Revenue Service summonses and denying Respondent's motion to quash the summonses; the Court having considered the parties' submissions; and for good case shown,

**IT IS HEREBY ORDERED** that Judge Hedges's Letter Order is **AFFIRMED**; and

**IT IS FURTHER ORDERED** that Respondent shall produce to Petitioner by July 3, 2006, all documents and records sought in the Internal Revenue Service Summons for Mikarchi LLC.

                                                                                s/William J. Martini
                                                                                _____
Dated:   June 20, 2006
                                                                                **William J. Martini, U.S.D.J.**